## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANTA FE DREAMERS PROJECT, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:20-cv-02465-RBW |
| CHAD WOLF, *et al.*, | |
| Defendants. | |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgement, including all oppositions and replies thereto, and Defendants' Motion for Summary Judgment, including all oppositions and replies thereto, it is hereby ORDERED that Plaintiffs' Motion for Summary Judgment is DENIED and Defendants' Motion for Summary Judgment is GRANTED.

SO ORDERED.


Dated: _____

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE