IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANTA FE DREAMERS PROJECT; SPANISH COMMUNITY CENTER; and AMERICAN GATEWAYS,<br><br>*Plaintiffs*,<br><br>vs.<br><br>CHAD F. WOLF, in his purported official capacity as Acting Secretary of Homeland Security; KENNETH T. CUCCINELLI, in his purported official capacities as Senior Official Performing the Duties of Deputy Secretary of Homeland Security and Acting Director of U.S. Citizenship and Immigration Services; TONY H. PHAM, in his purported official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement; JOSEPH EDLOW, in his purported official capacity as Deputy Director for Policy of U.S. Citizenship and Immigration Services; MARK A. MORGAN, in his purported official capacity as Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES CUSTOMS AND IMMIGRATION ENFORCEMENT; and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants*. | Case No. 1:20-CV-02465 (RBW) |

**PLAINTIFFS' NOTICE OF COMPLETED BRIEFING
AND REQUEST FOR ORAL ARGUMENT**

Plaintiffs respectfully notify the Court that, pursuant to the scheduling order entered by this Court on September 16, 2020, the parties' expedited cross-motions for summary judgment are fully briefed. Pursuant to the instructions of the Court's Courtroom Deputy Clerk, and because

these motions present complex legal issues important to both the parties and the public, Plaintiffs hereby request that the Court set the motions for oral argument at its earliest possible convenience. Plaintiffs will make themselves available on any date and at any time convenient to the Court.

On October 20, 2020, Plaintiffs contacted government counsel regarding Plaintiffs' request for oral argument, but counsel notified Plaintiffs on October 22 that counsel was unable to take a position on oral argument.  On October 26, 2020, government counsel notified Plaintiffs that Defendants preferred for oral argument to be scheduled on November 16, 17, or 18, 2020.  Given the pressing importance of the issues this case presents and the harms Defendants' actions are inflicting on Plaintiffs, and consistent with the expedited briefing schedule to which Defendants agreed and which the Court so-ordered, Plaintiffs believe that argument should be scheduled far sooner.

Pursuant to Local Rule 7(c), a proposed order is attached.

| | |
|---|---|
| Dated:  October 26, 2020 | Respectfully submitted, |
| | MUNGER, TOLLES & OLSON LLP |
| | By: /s/ E. Martin Estrada<br>E. MARTIN ESTRADA |
| THOMAS A. SAENZ<br>tsaenz@MALDEF.org<br>(Admitted *Pro Hac Vice*)<br>ERNEST I. HERRERA<br>eherrera@MALDEF.org<br>(Admitted *Pro Hac Vice*)<br>MEXICAN AMERICAN LEGAL DEFENSE<br>  AND EDUCATIONAL FUND<br>634 South Spring Street<br>Los Angeles, California 90014<br>Telephone:     (213) 629-2512<br>Facsimile:     (213) 629-0266 | E. MARTIN ESTRADA<br>Martin.Estrada@mto.com<br>(Admitted *Pro Hac Vice*)<br>BRANDON E. MARTINEZ<br>Brandon.Martinez@mto.com<br>(Admitted *Pro Hac Vice*)<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, California 90017<br>Telephone:     (213) 683-9100<br>Facsimile:     (213) 687-3702<br><br>ADELE M. EL-KHOURI<br>Adele.El-Khouri@mto.com<br>(D.C. Bar No. 1025090)<br>XIAONAN APRIL HU<br>April.Hu@mto.com<br>(Admitted *Pro Hac Vice*)<br>MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Avenue NW, Suite 500 E<br>Washington, D.C. 20001<br>Telephone:     (202) 220-1100<br>Facsimile:     (202) 220-2300<br><br>*Counsel for Plaintiffs* |