# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANTA FE DREAMERS PROJECT; SPANISH COMMUNITY CENTER; and AMERICAN GATEWAYS,<br><br>*Plaintiffs*,<br><br>vs.<br><br>CHAD F. WOLF, in his purported official capacity as Acting Secretary of Homeland Security; KENNETH T. CUCCINELLI, in his purported official capacities as Senior Official Performing the Duties of Deputy Secretary of Homeland Security and Acting Director of U.S. Citizenship and Immigration Services; TONY H. PHAM, in his purported official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement; JOSEPH EDLOW, in his purported official capacity as Deputy Director for Policy of U.S. Citizenship and Immigration Services; MARK A. MORGAN, in his purported official capacity as Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES CUSTOMS AND IMMIGRATION ENFORCEMENT; and UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants*. | Case No. 1:20-CV-02465 (RBW) |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Notice of Completed Briefing and Request for Oral Argument, Plaintiffs' request is hereby GRANTED. The parties shall appear for oral argument on _____, 2020 at \_\_:\_\_\_\_ \_\_.M.

2

IT IS SO ORDERED.


Dated: _____                    _____
                                             Hon. Reggie B. Walton
                                             United States District Judge